IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONNA E. JOHNSTON,** | : |
| **Plaintiff,** | : |
| vs. | CIVIL ACTION NO. 05-0013-WS-C |
| | : |
| **JO ANNE B. BARNHART,** **Commissioner of Social Security,** | : |
| **Defendant.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 12, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 7th day of September, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE