IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNA E. JOHNSTON,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 05-0013-WS-C** |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 20, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 11th day of January, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE