# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONNA E. JOHNSTON,** | : |
| **Plaintiff,** | : |
| **vs.** | :  **CIVIL ACTION 05-0013-WS-C** |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of Social Security,** | |
| | : |
| **Defendant.** | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $625.00 under the Equal Access to Justice Act, representing compensation for 5 hours of service by Colin E. Kemmerly, Esquire, at the market rate of $125.00 an hour.

**DONE** and **ORDERED** this 11th day of January, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE